Gayle M. Blatt, SBN 122048
gmb@cglaw.com
P. Camille Guerra, SBN 326546
camille@cglaw.com
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811; Fax: (619) 544-9232

*Attorneys for Plaintiff and the Proposed Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CINDY PEREIRA, on behalf of herself and a class of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAMPBELL SOUP COMPANY, AND PLUM, PBC,<br><br>Defendants. | CASE NO.: 4:21-cv-1767-YGR<br><br>ORDER OF DISMISSAL PURSUANT TO NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(A) AS TO PLAINTIFF CINDY PEREIRA ONLY |

TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Cindy Pereira hereby voluntarily dismisses her claims against Defendants Campbell Soup Company and Plum, PBC without prejudice.  Defendants have not filed an answer or motion for summary judgment, and Plaintiff has not filed a motion for class certification. Therefore, dismissal without prejudice is appropriate without a court order. Fed. R. Civ. P. 41(a); Fed. R. Civ. P. 23(e).  Ms. Pereira reserves her right to proceed in this matter as an absent class member.

1  | Dated: September 3, 2021 | Respectfully submitted,

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

By: /s/ *Gayle M. Blatt*
Gayle M. Blatt

110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
Fax: (619) 544-9232
gmb@cglaw.com

*Attorneys for Plaintiff*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
9/14/2021
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA